# JacksonLewis

**Jackson Lewis P.C.**
44 South Broadway, 14th Floor
White Plains NY  10601
(914) 872-8060 Direct
(914) 946-1216 Fax
jacksonlewis.com

DIRECT DIAL:  (914) 872-6893
EMAIL ADDRESS: REBECCA.MCCLOSKEY@JACKSONLEWIS.COM

December 7, 2020

**VIA ECF**
The Honorable Sidney H. Stein
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

>       Re:    **Paguada v. SuperMoney LLC**
>              **Case No. 1:20-cv-08475-SHS**

Dear Judge Stein:

      This firm represents Defendant, SuperMoney LLC, in the above-referenced matter. This letter is written pursuant to Rule 1(E) of Your Honor's Individual Practice Rules, to request (i) an extension of time to respond to the Complaint and (ii) an adjournment of the Initial Conference currently scheduled for December 9, 2020 because the parties have reached an agreement in principle.

      Plaintiff's counsel consents to these requests. This is Defendant's second request for an extension of the deadline to answer Plaintiff's Complaint. No other deadlines have been scheduled in this case.

      Thank you for your consideration of these requests.

>                         Respectfully submitted,
>
>                         JACKSON LEWIS P.C.
>
>
>                         By: */s/ Rebecca M. McCloskey*
>                             Rebecca M. McCloskey