**JacksonLewis**

Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains NY 10601
(914) 872-8060 Direct
(914) 946-1216 Fax

jacksonlewis.com

MEMO ENDORSED

DIRECT DIAL: (914) 872-6893
EMAIL ADDRESS: REBECCA.MCCLOSKEY@JACKSONLEWIS.COM

December 7, 2020

**VIA ECF**
The Honorable Sidney H. Stein
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

                    Re:    **Paguada v. SuperMoney LLC**
                           **Case No. 1:20-cv-08475-SHS**

Dear Judge Stein:

      This firm represents Defendant, SuperMoney LLC, in the above-referenced matter. This letter is written pursuant to Rule 1(E) of Your Honor's Individual Practice Rules, to request (i) an extension of time to respond to the Complaint and (ii) an adjournment of the Initial Conference currently scheduled for December 9, 2020 because the parties have reached an agreement in principle.

      Plaintiff's counsel consents to these requests. This is Defendant's second request for an extension of the deadline to answer Plaintiff's Complaint. No other deadlines have been scheduled in this case.

      Thank you for your consideration of these requests.

                          Respectfully submitted,

                          JACKSON LEWIS P.C.

                        By: */s/ Rebecca M. McCloskey*
                        Rebecca M. McCloskey

The Court is in receipt of this letter and the notice of settlement. The Court declines to stay this action without date. Defendant shall have until February 10, 2021, in which to respond to the complaint or for the parties to file a stipulation of dismissal with prejudice. The initial pretrial conference is adjourned from December 9 until February 10, 2021, at 10:00 a.m.

Dated: New York, New York
       December 8, 2020

SO ORDERED

*/s/ Sidney H. Stein*
SIDNEY H. STEIN
U.S.D.J.