UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSUE PAGUADA, on behalf of himself and all others similarly situated,

              Plaintiffs,

-against-

SUPERMONEY, LLC.,

              Defendant.

Case No: 1:20-cv-08475-SHS

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Queens, New York
           February 2, 2021

| | |
|---|---|
| Mars Khaimov Law, PLLC | Jackson Lewis, PC |
| By: _____ | By: _____ |
| Mars Khaimov, Esq. | Rebecca M. McCloskey, Esq. |
| 10826 64th Avenue, Second Floor | 44 South Broadway, 14th Fl. |
| Forest Hills, New York 11375 | White Plains, NY 10601 |
| marskhaimovlaw@gmail.com | Rebecca.mccloskey@jacksonlewis.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |